JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HOPE NORTH, | Case No. CV 2:25-01139-JFW (RAO) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| DEAN C. LOGAN, | |
| Defendant. | |

Plaintiff Elizabeth Hope North filed a complaint, *pro se*, on February 10, 2025, and paid a filing fee of $52. Dkt. No. 1. On May 20, 2025, the Office of the Clerk issued a Notice of Discrepancies in Filing of Civil Rights Complaint ("Notice") informing Plaintiff that she did not pay the appropriate filing fee of $405.00. Dkt. No. 10. The Notice also informed Plaintiff that if she is unable to pay the entire filing fee, then she could complete a Request to Proceed without Prepayment of Filing Fees and provided a copy of the current form for submitting such a request. *Id*. The Notice warned Plaintiff that failure to respond within 30 days may result in dismissal of this action. *Id*.

///

///

The deadline has passed, and Plaintiff has not paid the full filing fee or submitted a Request to Proceed without Prepayment of Filing Fees. Accordingly, this action is dismissed without prejudice.

DATED: July 1, 2025

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE